JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RASHEEN ARTERBERRY, | ) | NO. CV 15-6530-KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOE LIZARRAGA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Memorandum Opinion And Order Denying Petition,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 11, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1